# IN THE COURT OF CRIMINAL APPEALS

REJECTED PURSUANT TO RULE 79.2(C)
COURT OF CRIMINAL APPEALS

May 22, 2015

ABEL ACOSTA, CLERK

## OF TEXAS

## NOS. PD-1121-14 & PD-1122-14

MARCUS LEE JEFFERSON, Appellant

v.

THE STATE OF TEXAS

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE FIRST COURT OF APPEALS

## HARRIS COUNTY

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 13 2015

Abel Acosta, Clerk

## <u>Motion to appeal the refusal of Appellant's Discretionary Review</u>

Appellant's Discretionary Review was refused.

Appellant, **Marcus Lee Jefferson**, has **Motion to appeal the decision of the refusal of his Discretionary Review.**

As Appellant has just cause for this appeal.

This motion is not made for the purpose of delay,

WHEREFORE, PREMISES CONSIDERED,

Appellant prays that this Honorable Court grants the extension of time to complete the order of the Criminal Court of Appeals.

Prayerfully,

Marcus Lee Jefferson

19822 River Breeze Dr.
Tomball, Texas 77375
PH. 281.773.1448

May 12, 2015